IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01380-MSK

FUXI RACING USA, INC.,

        Plaintiff,

v.

I.E. MANUFACTURING, LLC;
ROOLY OPTICS CORPORATION,

        Defendant.

---

## ORDER REMANDING CASE

---

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Eagle County District Court. Plaintiff alleges that Defendants have breached their contractual duties and violated Colorado's Consumer Protection Act (C.R.S. §§6-1-105 and 6-1-113). In its Complaint, the Plaintiff did not request any particular monetary relief.

In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. The Defendant contends that the requisite amount in controversy is established solely by the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing

of the requisite amount in controversy to establish diversity jurisdiction.  Accordingly, the action

must be remanded to the State Court.  *See* 28 U.S.C. § 1447(c).

        **IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Eagle County

District Court.

        DATED this 3rd day of October, 2008.

                                **BY THE COURT:**

                                _____

                                Marcia S. Krieger
                                United States District Judge